[No. 36083-3-I.   Division One.   July 17, 1995.]

ELIZABETH REINHART, *Respondent*, v. FRANK
GUARRERA, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-07501-6, Marilyn R. Sellers, J., entered
May 6, 1994, and June 1, 1994. *Affirmed with instructions*
by unpublished opinion per Baker, C.J., concurred in by
Coleman and Cox, JJ.

[No. 13195-5-III.   Division Three.   July 18, 1995.]

BATTELLE MEMORIAL INSTITUTE PACIFIC NORTHWEST
LABORATORIES, *Respondent*, v. EMPLOYMENT SECURITY
DEPARTMENT, *Respondent*, JAGDISH C. LAUL,
*Appellant*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 91-2-00312-0, Carolyn A. Brown, J.,
entered March 18, 1993. *Affirmed* by unpublished opinion
per Sweeney, A.C.J., concurred in by Munson and Schul-
theis, JJ.

[No. 13555-1-III.   Division Three.   July 18, 1995.]

JOSEPH STILEY, *Respondent*, v. EDWARD BLOCK,
*Appellant*, PATRICK STILEY, *Defendant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 88-2-02474-4, Richard Miller, J.,
entered September 9, 1993. *Reversed* and *remanded* by un-
published opinion per Munson, J., concurred in by
Thompson, C.J., and Sweeney, J.